# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 08-53104 |
| GREEKTOWN HOLDINGS, L.L.C., et al.,[1] | In Proceedings Under Chapter 11<br>Jointly Administered |
| Debtors._____/ | Honorable Walter Shapero |
| GREEKTOWN CASINO, L.L.C. | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-_____ |
| RENAISSANCE MAN FOOD SERVICES, LLC,<br>a Michigan limited liability company, | |
| Defendant._____/ | |

## COMPLAINT TO: (I) AVOID AND RECOVER TRANSFERS UNDER 11 U.S.C. §547, §548 AND §550 AND (II) DISALLOW CLAIMS UNDER 11 U.S.C. §502(d)

Greektown Casino, LLC ("Plaintiff") files this Complaint To: (I) Avoid and Recover Transfers Under 11 U.S.C. §547, §548 and §550 and (II) Disallow Claims Under 11 U.S.C. §502(d) (the "Complaint"), and says:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding under 28 U.S.C. § 157(b)(2)(F), (H) and (O).

---

[1] The Debtors' bankruptcy cases - Greektown Casino, L.L.C. Case No. 08-53106; Kewadin Greektown Casino, L.L.C., Case No. 08-53105; Monroe Partners, L.L.C. Case No. 08-53107; Greektown Holdings II, Inc., Case No. 08-53108; Contract Builders Corporation, Case No. 08-53110; Realty Equity Company Inc., Case No. 08-53112; and Trappers GC Partner, LLC, Case No. 08-53111 - are jointly administered with Greektown Holdings, L.L.C., Case No. 08-53104 (together the "Cases").

3. Venue is proper in this District and before this Court under 28 U.S.C. § 1409(a) because this adversary proceeding arises under a case under 11 U.S.C. §101, *et seq.* (the "Bankruptcy Code").

4. This adversary proceeding is being brought under Rule 7001 *et seq.* of the Federal Rules of Bankruptcy Procedure and §§502(d), 547, 548 and 550 of the Bankruptcy Code.

## II. BACKGROUND AND PARTIES

5. On May 29, 2008 (the "Petition Date"), the Debtors commenced cases under Chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their assets as Debtors-in-Possession. An official committee of creditors holding unsecured claims (the "Committee") was formed by the office of the U.S. Trustee under §1102 of the Bankruptcy Code on June 6, 2008.

6. On June 27, 2008, the Debtors filed their schedules of assets and liabilities and their statements of financial affairs, as such schedules or statements have been or may be further modified, amended, or supplemented from time to time in accordance with Bankruptcy Rule 1009 or orders of the Bankruptcy Court (the "Schedules").

7. The Schedules were prepared based upon Debtors' books and records.

8. The Schedules show that, on the Petition Date, Plaintiff's liabilities exceeded the value of its assets.

9. On January 22, 2010, the Court entered its order [Docket No. 2046] (the "Order Confirming Plan") confirming the Second Amended Joint Plans of Reorganization for the Debtors Proposed by Noteholder Plan Proponents Including the Official Committee of Unsecured Creditors and Indenture Trustee [Docket No. 1907] (the "Plan").

10. Prior to the effective date of the Plan, which shall occur on or before June 30, 2010 unless such date is extended under the terms of the Plan (the "Effective Date"), the Debtors have standing to pursue all causes of action arising under §§544 through 550 of the Bankruptcy Code ("Avoidance Actions"). In accordance with sections 4.12 and 4.19 of the Plan, upon the Effective Date all Avoidance Actions shall vest with the Litigation Trust to be used solely in the Claims reconciliation process for Claims reduction, setoff or defensive purposes.

### III. THE AVOIDABLE TRANSFERS

11. On or within the ninety (90) days preceding the Petition Date (the "Preference Period"), Plaintiff made one or more transfers of money to Defendant, which transfers are set forth on Exhibit A attached hereto and incorporated by reference herein.

12. During the course of this proceeding, Plaintiff may learn (through discovery or otherwise) of additional transfers made to Defendant during the Preference Period. Plaintiff seeks to adjudicate its rights under §§544 through 550 of the Bankruptcy Code as to all such transfers, including but not limited to those set forth on Exhibit A (each a "Transfer" and, together, the "Transfers").

#### A. The Transfers Occurred on or Within 90 Days

13. As demonstrated by the attached Exhibit A which provides the date that each Transfer occurred, Plaintiff made the Transfers to Defendant during the Preference Period. The date each transfer was made shall be referred to as the "Transfer Date".

#### B. Defendant Was A Creditor and The Transfers Were Made On Account of an Antecedent Debt

14. Prior to the Transfer Date, Plaintiff was indebted to Defendant for goods or services previously supplied (the "Indebtedness").

15. As set forth on the attached Exhibit A, the Indebtedness was evidenced by certain invoice(s) which Defendant provided to Plaintiff (the "Invoice(s)").

16. According to Plaintiff's books and records, the Transfers were made in payment or satisfaction of the Invoices.

### C. Plaintiff's Interest in Property Was Transferred

17. The property that was transferred to Defendant was money that was owned by Plaintiff. The money transferred to Defendant came out of Plaintiff's bank account.

### D. The Transfers Were Made While Plaintiff Was Insolvent

18. As demonstrated by the Schedules, Plaintiff was insolvent during the Preference Period. Additionally, under §547(f) of the Bankruptcy Code, Plaintiff's insolvency during the Preference Period is presumed.

### E. The Transfers Enabled Defendant to Receive More Than It Would Have Received In a Chapter 7

19. As demonstrated by the Debtors' Schedules, the amount of Plaintiff's liabilities exceeded the value of its assets on the Petition Date. Because Plaintiff's liabilities exceeded its assets, creditors would receive less than a 100% dividend in a Chapter 7.

20. Accordingly, the Transfers enabled Defendant to receive more than it would have received if the payment had not been made, and Defendant received payment to the extent provided by the provisions of Chapter 7 of the Bankruptcy Code.

# COUNT I

## AVOIDANCE AND RECOVERY OF AVOIDABLE
## PREFERENCES UNDER §§547(b) AND 550 OF THE BANKRUPTCY CODE

21. Plaintiff incorporates each of the foregoing paragraphs of this Complaint as if fully set forth herein.

22. Under §547(b) of the Bankruptcy Code, Plaintiff may avoid any transfer of any interest of the Debtors in property—

    A. to or for the benefit of a creditor;

    B. for or on account of antecedent debt owed by the debtor before such transfer was made;

    C. made while the debtor was insolvent;

    D. made—

        A. on or within 90 days before the filing of the petition; or

        B. between ninety days and one year before the date of the filing of the petition, if such creditor at the time of such transfer was an insider; and

    E. that enables such creditor to receive more than such creditor would receive if—

        A. the case were a case under chapter 7 of this title;

        B. the transfer had not been made; and

        C. such creditor received payment of such debt to the extent provided by the provisions of this title.

23. The Transfers are payments and other transfers of funds out of Plaintiff's bank account, which funds belonged to Plaintiff prior to the Transfers.

24. At the time of the Transfers, Defendant was a creditor of Plaintiff.

25. The Transfers were made on account of antecedent debt incurred by Plaintiff for goods or services previously provided to it by Defendant.

26. Prior to the Transfers, the amount of Plaintiff's antecedent debt equaled or exceeded the amount of each Transfer.

27. During the Preference Period, Plaintiff was insolvent.

28. Each of the Transfers was made during the Preference Period.

29. The Transfers enabled Defendant to receive more than it would have received if the Transfers had not been made, and Defendant received payment to the extent provided by the provisions of Chapter 7 of the Bankruptcy Code.

30. Defendant was the initial transferee of the Transfers.

31. Under Bankruptcy Code §§547(b) and 550(a), Plaintiff is entitled to (a) avoid the Transfers made to Defendant, and (b) recover the Transfers.

32. Since the Transfer Date, interest on the Transfers has accrued and continues to accrue.

**WHEREFORE,** Plaintiff requests that this Honorable Court enter a judgment in its favor and against Defendant in the full amount of the Transfers plus costs, interest and attorneys' fees.

## COUNT II

### AVOIDANCE AND RECOVERY OF AVOIDABLE FRAUDULENT TRANSFERS UNDER §§548 AND 550 OF THE BANKRUPTCY CODE

33. Plaintiff incorporates each of the foregoing paragraphs of this Complaint as if fully set forth herein.

34. Under §548(a)(1) of the Bankruptcy Code, Plaintiff may avoid any transfer of any interest of any of the Debtors in property that was made on or within two (2) years before the

filing of the petition if (a) the Debtor received less than a reasonably equivalent value in exchange for such transfer, and (b) the Debtor was insolvent on the date that such transfer was made, or became insolvent as result of such transfer or obligation.

35.     As demonstrated by the attached Exhibit A, the Transfers were made within two (2) years prior to the Petition Date.

36.     The Transfers are payments and other transfers of funds out of Plaintiff's bank account, which funds belonged to Plaintiff prior to the Transfers.

37.     Pleading in the alternative, Plaintiff was not indebted to Defendant on the dates of one or more of the Transfers and consequently, Plaintiff received less than a reasonably equivalent value in exchange for such Transfers.

38.     Plaintiff was insolvent on the dates of the Transfers.

39.     Under Bankruptcy Code §§548(a) and 550(a), Plaintiff is entitled to (a) avoid the Transfers made to Defendant for the benefit of all of the Plaintiff's creditors, and (b) recover the Transfers.

40.     Since the Transfer Date, interest on the Transfers has accrued and continues to accrue.

**WHEREFORE,** Plaintiff requests that this Honorable Court enter a judgment in its favor and against Defendant in the full amount of the Transfers plus costs, interest and attorneys' fees.

### COUNT III

### DISALLOWANCE OF CLAIMS
### UNDER §502 OF THE BANKRUPTCY CODE

41.     Plaintiff incorporates each of the foregoing paragraphs of this Complaint as if fully set forth herein.

42. Defendant is the recipient of the Transfers, which are avoidable under §547 and/or §548, and recoverable under §550, of the Bankruptcy Code.

43. Under §502(d) of the Bankruptcy Code, the Court shall disallow any claim of any entity from which property is recoverable under §550 of the Bankruptcy Code.

44. Because Defendant has not paid or surrendered the Transfers to Plaintiff, any claims of Defendant must be disallowed.

**WHEREFORE,** Plaintiff requests that this Honorable Court enter a judgment in its favor and against Defendant disallowing all of Defendant's claims under §502(d) of the Bankruptcy Code, unless and until Defendant returns the Transfers to Plaintiff, plus costs, interest and attorneys' fees.

**SCHAFER AND WEINER, PLLC**

By: /s/ *Brendan G. Best*
    BRENDAN G. BEST (P66370)
    40950 Woodward Avenue, Suite 100
    Bloomfield Hills, Michigan 48304
    (248) 540-3340
    bbest@schaferandweiner.com

Dated: May 24, 2010

# EXHIBIT A

**Transferor:** Greektown Casino, LLC

**Transferee:** Renaissance Food Man Services, LLC

| Invoice Number | Invoice Date | Invoice Amount | Check/Wire Number | Check/Wire Date | Check/Wire Amount |
|---|---|---|---|---|---|
| | | | 71925 | 2/29/2008 | (31,678.30) |
| 1101139 | 1/10/2008 | (2,892.52) | | | |
| 1111041 | 1/11/2008 | (1,556.55) | | | |
| 1111042 | 1/11/2008 | (1,167.64) | | | |
| 1111043 | 1/11/2008 | (1,587.13) | | | |
| 1120670 | 1/12/2008 | (110.07) | | | |
| 1120671 | 1/12/2008 | (2,300.25) | | | |
| 1120672 | 1/12/2008 | (858.88) | | | |
| 1140734 | 1/14/2008 | (971.42) | | | |
| 1140735 | 1/14/2008 | (1,884.19) | | | |
| 1140736 | 1/14/2008 | (61.44) | | | |
| 1140737 | 1/14/2008 | (1,960.08) | | | |
| 1151069 | 1/15/2008 | (885.90) | | | |
| 1151070 | 1/15/2008 | (1,282.41) | | | |
| 1151071 | 1/15/2008 | (197.94) | | | |
| 1161408 | 1/16/2008 | (878.18) | | | |
| 1161409 | 1/16/2008 | (1,765.08) | | | |
| 1181042 | 1/18/2008 | (596.95) | | | |
| 1181043 | 1/18/2008 | (63.24) | | | |
| 1181044 | 1/18/2008 | (598.65) | | | |
| 1171329 | 1/17/2008 | (216.25) | | | |
| 1190509 | 1/19/2008 | (33.68) | | | |
| 1190510 | 1/19/2008 | (244.00) | | | |
| 1190511 | 1/19/2008 | (3,313.15) | | | |
| 1190512 | 1/19/2008 | (780.59) | | | |
| 1190513 | 1/19/2008 | (47.04) | | | |
| 1210722 | 1/21/2008 | (1,464.22) | | | |
| 1210723 | 1/21/2008 | (48.83) | | | |
| 1210724 | 1/21/2008 | (1,787.72) | | | |
| 1231375 | 1/23/2008 | (504.90) | | | |
| 1231376 | 1/23/2008 | (786.78) | | | |
| 1241307 | 1/24/2008 | (832.62) | | | |
| | | | 72259 | 3/12/2008 | (39,913.63) |
| 1251112 | 1/25/2008 | (1,193.16) | | | |
| 1251113 | 1/25/2008 | (1,403.07) | | | |
| 1251114 | 1/25/2008 | (972.38) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1260240 | 1/26/2008 | (61.44) | | | |
| 1260241 | 1/26/2008 | (3,174.44) | | | |
| 1260242 | 1/26/2008 | (719.31) | | | |
| 1269022 | 1/26/2008 | (437.11) | | | |
| 1280767 | 1/28/2008 | (1,558.86) | | | |
| 1280768 | 1/28/2008 | (2,374.06) | | | |
| 1280769 | 1/28/2008 | (61.44) | | | |
| 1221078 | 1/22/2008 | (890.94) | | | |
| 1221079 | 1/22/2008 | (872.81) | | | |
| 1221080 | 1/22/2008 | (1,944.77) | | | |
| 1221081 | 1/22/2008 | (97.94) | | | |
| 1291008 | 1/29/2008 | (1,345.93) | | | |
| 1291009 | 1/29/2008 | (987.51) | | | |
| 1301429 | 1/30/2008 | (3,683.42) | | | |
| 1309034 | 1/30/2008 | (1,651.29) | | | |
| 1310951 | 1/31/2008 | (1,984.28) | | | |
| 1310952 | 1/31/2008 | (478.58) | | | |
| 2011056 | 2/1/2008 | (1,177.50) | | | |
| 2011057 | 2/1/2008 | (2,422.87) | | | |
| 2011058 | 2/1/2008 | (1,823.25) | | | |
| 2020751 | 2/2/2008 | (2,644.03) | | | |
| 2020752 | 2/2/2008 | (2,492.84) | | | |
| 1241308 | 1/24/2008 | (3,460.40) | | | |
| | | | 72522 | 3/21/2008 | (35,644.13) |
| 2040805 | 2/4/2008 | (1,888.66) | | | |
| 2040806 | 2/4/2008 | (159.38) | | | |
| 2040807 | 2/4/2008 | (2,061.16) | | | |
| 2051148 | 2/5/2008 | (1,622.48) | | | |
| 2051150 | 2/5/2008 | (19.20) | | | |
| 2061361 | 2/6/2008 | (740.28) | | | |
| 2051149 | 2/5/2008 | (805.77) | | | |
| 2061362 | 2/6/2008 | (2,617.86) | | | |
| 2089025 | 2/8/2008 | (1,468.02) | | | |
| 2070978 | 2/7/2008 | (3,259.18) | | | |
| 2070979 | 2/7/2008 | (559.91) | | | |
| 2081232 | 2/8/2008 | (237.00) | | | |
| 2081233 | 2/8/2008 | (123.90) | | | |
| 2081234 | 2/8/2008 | (2,030.76) | | | |
| 2081235 | 2/8/2008 | (1,227.66) | | | |
| 2090601 | 2/9/2008 | (222.27) | | | |
| 2090699 | 2/9/2008 | (2,245.63) | | | |
| 2090700 | 2/9/2008 | (23.52) | | | |
| 2090701 | 2/9/2008 | (204.47) | | | |
| 2090702 | 2/9/2008 | (635.43) | | | |
| 2099037 | 2/9/2008 | (150.41) | | | |
| 2110762 | 2/11/2008 | (1,589.88) | | | |
| 2110763 | 2/11/2008 | (721.52) | | | |
| 2110764 | 2/11/2008 | (1,513.40) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2110765 | 2/11/2008 | (298.62) | | | |
| 2110766 | 2/11/2008 | (61.44) | | | |
| 2110767 | 2/11/2008 | (638.56) | | | |
| 2129072 | 2/12/2008 | (171.60) | | | |
| 2121066 | 2/12/2008 | (2,249.68) | | | |
| 2121067 | 2/12/2008 | (867.47) | | | |
| 2121068 | 2/12/2008 | (1,999.77) | | | |
| 2131448 | 2/13/2008 | (504.45) | | | |
| 2131449 | 2/13/2008 | (61.44) | | | |
| 2131450 | 2/13/2008 | (576.00) | | | |
| 2131451 | 2/13/2008 | (243.71) | | | |
| 2141418 | 2/14/2008 | (263.02) | | | |
| 2141419 | 2/14/2008 | (1,518.67) | | | |
| 2141420 | 2/14/2008 | (61.95) | | | |
| | | | 72841 | 4/2/2008 | (19,001.83) |
| 2151012 | 2/15/2008 | (155.08) | | | |
| 2151013 | 2/15/2008 | (1,803.70) | | | |
| 2151014 | 2/15/2008 | (1,926.01) | | | |
| 2160600 | 2/16/2008 | (2,652.80) | | | |
| 2160601 | 2/16/2008 | (50.52) | | | |
| 2160602 | 2/16/2008 | (200.18) | | | |
| 2160603 | 2/16/2008 | (1,309.00) | | | |
| 2180778 | 2/18/2008 | (2,483.16) | | | |
| 2180780 | 2/18/2008 | (1,851.65) | | | |
| 2199106 | 2/19/2008 | (22.74) | | | |
| 2199107 | 2/19/2008 | (142.60) | | | |
| 2191096 | 2/19/2008 | (1,192.36) | | | |
| 2191097 | 2/19/2008 | (380.55) | | | |
| 2191098 | 2/19/2008 | (893.81) | | | |
| 2201665 | 2/20/2008 | (936.10) | | | |
| 2201666 | 2/20/2008 | (1,115.06) | | | |
| 2210943 | 2/21/2008 | (57.96) | | | |
| 2210944 | 2/21/2008 | (1,436.48) | | | |
| 2141417 | 2/14/2008 | (392.07) | | | |
| | | | 73095 | 4/11/2008 | (35,680.53) |
| 2210945 | 2/21/2008 | (916.07) | | | |
| 2210946 | 2/21/2008 | (33.68) | | | |
| 2180779 | 2/18/2008 | (265.91) | | | |
| 2221077 | 2/22/2008 | (157.58) | | | |
| 2221078 | 2/22/2008 | (1,701.61) | | | |
| 2221079 | 2/22/2008 | (620.78) | | | |
| 2230172 | 2/23/2008 | (2,807.01) | | | |
| 2230173 | 2/23/2008 | (749.57) | | | |
| 2230174 | 2/23/2008 | (204.47) | | | |
| 2230175 | 2/23/2008 | (22.50) | | | |
| 2250750 | 2/25/2008 | (1,259.22) | | | |
| 2250751 | 2/25/2008 | (603.38) | | | |
| 2250752 | 2/25/2008 | (1,324.50) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2250753 | 2/25/2008 | (97.94) | | | |
| 2250754 | 2/25/2008 | (1,144.37) | | | |
| 2261063 | 2/26/2008 | (1,527.88) | | | |
| 2261064 | 2/26/2008 | (1,668.18) | | | |
| 2261065 | 2/26/2008 | (271.25) | | | |
| 2261066 | 2/26/2008 | (513.25) | | | |
| 2261067 | 2/26/2008 | (73.00) | | | |
| 2271385 | 2/27/2008 | (948.44) | | | |
| 2271386 | 2/27/2008 | (2,521.11) | | | |
| 2271387 | 2/27/2008 | (845.89) | | | |
| 2280896 | 2/28/2008 | (1,603.45) | | | |
| 2280897 | 2/28/2008 | (599.54) | | | |
| 2280899 | 2/28/2008 | (2,606.10) | | | |
| 2280900 | 2/28/2008 | (102.24) | | | |
| 2299003 | 2/29/2008 | (95.96) | | | |
| 2290950 | 2/29/2008 | (220.14) | | | |
| 2290952 | 2/29/2008 | (159.06) | | | |
| 2290953 | 2/29/2008 | (803.18) | | | |
| 2290954 | 2/29/2008 | (761.85) | | | |
| 2290955 | 2/29/2008 | (1,695.18) | | | |
| 2290951 | 2/29/2008 | (387.70) | | | |
| 3010769 | 3/1/2008 | (2,061.32) | | | |
| 3010770 | 3/1/2008 | (2,407.20) | | | |
| 3010771 | 3/1/2008 | (967.03) | | | |
| 3030780 | 3/3/2008 | (48.97) | | | |
| 2280898 | 2/28/2008 | (884.02) | | | |
| | | | 73468 | 4/25/2008 | (36,475.42) |
| 3030779 | 3/3/2008 | (1,887.68) | | | |
| 3030781 | 3/3/2008 | (1,622.01) | | | |
| 3030782 | 3/3/2008 | (561.08) | | | |
| 3030783 | 3/3/2008 | (115.60) | | | |
| 3041122 | 3/4/2008 | (311.40) | | | |
| 3041123 | 3/4/2008 | (699.19) | | | |
| 3041124 | 3/4/2008 | (1,060.65) | | | |
| 3041125 | 3/4/2008 | (843.63) | | | |
| 3050988 | 3/5/2008 | (1,150.15) | | | |
| 3050989 | 3/5/2008 | (1,629.35) | | | |
| 3050990 | 3/5/2008 | (575.81) | | | |
| 3060949 | 3/6/2008 | (102.24) | | | |
| 3060950 | 3/6/2008 | (985.25) | | | |
| 3060951 | 3/6/2008 | (590.61) | | | |
| 3060952 | 3/6/2008 | (381.00) | | | |
| 3060953 | 3/6/2008 | (1,417.50) | | | |
| 3071032 | 3/7/2008 | (1,999.51) | | | |
| 3071033 | 3/7/2008 | (2,209.18) | | | |
| 3071035 | 3/7/2008 | (1,789.41) | | | |
| 3080592 | 3/8/2008 | (23.94) | | | |
| 3080593 | 3/8/2008 | (97.94) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3080594 | 3/8/2008 | (875.96) | | | |
| 3080596 | 3/8/2008 | (2,664.87) | | | |
| 3100768 | 3/10/2008 | (2,209.10) | | | |
| 3100770 | 3/10/2008 | (57.96) | | | |
| 3100771 | 3/10/2008 | (1,020.14) | | | |
| 3100772 | 3/10/2008 | (947.45) | | | |
| 3111082 | 3/11/2008 | (2,249.68) | | | |
| 3111083 | 3/11/2008 | (333.74) | | | |
| 3111084 | 3/11/2008 | (102.24) | | | |
| 3111085 | 3/11/2008 | (678.30) | | | |
| 3120942 | 3/12/2008 | (765.74) | | | |
| 3120943 | 3/12/2008 | (576.00) | | | |
| 3120944 | 3/12/2008 | (155.38) | | | |
| 3120945 | 3/12/2008 | (1,244.50) | | | |
| 3079019 | 3/7/2008 | (2,448.23) | | | |
| 3100769 | 3/10/2008 | (93.00) | | | |
| | | | 73850 | 5/9/2008 | (25,511.43) |
| 3131423 | 3/13/2008 | (861.49) | | | |
| 3131424 | 3/13/2008 | (324.97) | | | |
| 3131425 | 3/13/2008 | (1,293.84) | | | |
| 3131426 | 3/13/2008 | (62.16) | | | |
| 3141187 | 3/14/2008 | (1,526.00) | | | |
| 3141188 | 3/14/2008 | (566.76) | | | |
| 3141190 | 3/14/2008 | (1,696.99) | | | |
| 3150527 | 3/15/2008 | (2,491.17) | | | |
| 3150528 | 3/15/2008 | (57.96) | | | |
| 3150529 | 3/15/2008 | (1,751.84) | | | |
| 3141189 | 3/14/2008 | (62.16) | | | |
| 3170787 | 3/17/2008 | (1,902.41) | | | |
| 3170788 | 3/17/2008 | (885.80) | | | |
| 3170789 | 3/17/2008 | (102.24) | | | |
| 3170790 | 3/17/2008 | (1,723.56) | | | |
| 3189075 | 3/18/2008 | (1,279.00) | | | |
| 3181042 | 3/18/2008 | (2,177.90) | | | |
| 3181043 | 3/18/2008 | (667.16) | | | |
| 3181044 | 3/18/2008 | (216.72) | | | |
| 3181045 | 3/18/2008 | (48.97) | | | |
| 3190920 | 3/19/2008 | (102.24) | | | |
| 3190921 | 3/19/2008 | (624.86) | | | |
| 3190922 | 3/19/2008 | (281.58) | | | |
| 3200923 | 3/20/2008 | (160.20) | | | |
| 3200925 | 3/20/2008 | (907.98) | | | |
| 3200926 | 3/20/2008 | (1,942.22) | | | |
| 3200927 | 3/20/2008 | (163.28) | | | |
| 3211039 | 3/21/2008 | (1,629.97) | | | |
| | | | 74035 | 5/16/2008 | (41,197.74) |
| 3200924 | 3/20/2008 | (708.57) | | | |
| 3211038 | 3/21/2008 | (157.58) | | | |

| | | |
|---|---|---|
| 3211040 | 3/21/2008 | (102.24) |
| 3211041 | 3/21/2008 | (349.38) |
| 3220520 | 3/22/2008 | (535.08) |
| 3220521 | 3/22/2008 | (2,318.89) |
| 3220522 | 3/22/2008 | (1,441.52) |
| 3220523 | 3/22/2008 | (200.18) |
| 3240684 | 3/24/2008 | (1,093.72) |
| 3240685 | 3/24/2008 | (1,221.26) |
| 3240686 | 3/24/2008 | (345.50) |
| 3250968 | 3/25/2008 | (1,245.20) |
| 3250969 | 3/25/2008 | (1,158.69) |
| 3250970 | 3/25/2008 | (1,113.16) |
| 3250971 | 3/25/2008 | (102.24) |
| 3250972 | 3/25/2008 | (1,668.18) |
| 3259058 | 3/25/2008 | (61.80) |
| 3261234 | 3/26/2008 | (1,123.80) |
| 3261235 | 3/26/2008 | (196.73) |
| 3261236 | 3/26/2008 | (102.24) |
| 3261237 | 3/26/2008 | (690.97) |
| 3261238 | 3/26/2008 | (876.28) |
| 3261239 | 3/26/2008 | (311.10) |
| 3270906 | 3/27/2008 | (499.08) |
| 3270907 | 3/27/2008 | (180.60) |
| 3270908 | 3/27/2008 | (1,101.66) |
| 3270909 | 3/27/2008 | (494.08) |
| 3281033 | 3/28/2008 | (249.78) |
| 3281034 | 3/28/2008 | (2,135.74) |
| 3281035 | 3/28/2008 | (2,150.95) |
| 3281036 | 3/28/2008 | (44.66) |
| 3281037 | 3/28/2008 | (306.71) |
| 3290185 | 3/29/2008 | (57.96) |
| 3290186 | 3/29/2008 | (2,751.46) |
| 3290187 | 3/29/2008 | (1,200.76) |
| 3071034 | 3/7/2008 | (204.47) |
| 3310717 | 3/31/2008 | (2,361.11) |
| 3310718 | 3/31/2008 | (1,822.48) |
| 3310719 | 3/31/2008 | (1,486.95) |
| 3310720 | 3/31/2008 | (57.96) |
| 3310721 | 3/31/2008 | (1,449.90) |
| 4011059 | 4/1/2008 | (48.93) |
| 4011060 | 4/1/2008 | (91.60) |
| 4011061 | 4/1/2008 | (1,162.50) |
| 4011062 | 4/1/2008 | (160.20) |
| 4011063 | 4/1/2008 | (2,113.69) |
| 4020939 | 4/2/2008 | (944.86) |
| 4020940 | 4/2/2008 | (933.34) |
| 803080595 | 3/8/2008 | (62.00) |
| 74215 | 5/23/2008 | (35,313.17) |

| Check # | Date | Amount |
|---|---|---|
| 4020941 | 4/2/2008 | (1,890.05) |
| 4030959 | 4/3/2008 | (974.25) |
| 4030960 | 4/3/2008 | (1,999.51) |
| 4030961 | 4/3/2008 | (370.14) |
| 4030962 | 4/3/2008 | (945.38) |
| 4030964 | 4/3/2008 | (1,255.20) |
| 4030963 | 4/3/2008 | (306.71) |
| 4041002 | 4/4/2008 | (98.45) |
| 4041003 | 4/4/2008 | (155.90) |
| 4041004 | 4/4/2008 | (1,572.14) |
| 4050727 | 4/5/2008 | (160.20) |
| 4050728 | 4/5/2008 | (2,108.65) |
| 4050729 | 4/5/2008 | (596.85) |
| 4050730 | 4/5/2008 | (1,091.40) |
| 4070746 | 4/7/2008 | (2,184.27) |
| 4070747 | 4/7/2008 | (102.24) |
| 4070748 | 4/7/2008 | (1,020.14) |
| 4070749 | 4/7/2008 | (1,272.34) |
| 4070750 | 4/7/2008 | (21.50) |
| 4070751 | 4/7/2008 | (15.17) |
| 4081101 | 4/8/2008 | (1,380.17) |
| 4081102 | 4/8/2008 | (2,389.93) |
| 4081103 | 4/8/2008 | (204.47) |
| 4081104 | 4/8/2008 | (1,246.30) |
| 4091049 | 4/9/2008 | (566.27) |
| 4091050 | 4/9/2008 | (576.00) |
| 4091051 | 4/9/2008 | (868.19) |
| 4041005 | 4/4/2008 | (1,252.53) |
| 4101003 | 4/10/2008 | (324.97) |
| 4101004 | 4/10/2008 | (929.12) |
| 4101005 | 4/10/2008 | (57.96) |
| 4101006 | 4/10/2008 | (765.61) |
| 4101007 | 4/10/2008 | (1,080.00) |
| 4111118 | 4/11/2008 | (1,055.29) |
| 4111119 | 4/11/2008 | (306.71) |
| 4111120 | 4/11/2008 | (1,629.80) |
| 4111121 | 4/11/2008 | (283.38) |
| 4120669 | 4/12/2008 | (1,955.50) |
| 4120670 | 4/12/2008 | (202.54) |
| 4120671 | 4/12/2008 | (97.94) |

(300,416.18)    **TOTAL**    **(300,416.18)**