WRIGHT PENNING & BEAMER
27555 Executive Drive, Suite 165, Farmington Hills, MI 48331
PHONE: (248) 477-6300; FAX: (248) 477-7749

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re*:

GREEKTOWN HOLDINGS, LLC, *et al.*   Bankruptcy Case No. 08-53104
                                    Honorable Walter Shapero
            Debtors.       Chapter 11
_____/ Jointly Administered

BUCHWALD CAPITAL ADVISORS, LLC,
solely in its capacity as Litigation Trustee for the
Greektown Litigation Trust,

            Plaintiff,

v.                                               Adversary Proceeding No. 10-05630

RENAISSANCE MAN FOOD SERVICES, LLC,

            Defendant.
_____/

## DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P 26(a)(1), Renaissance Man Food Services, LLC hereby makes the following initial disclosures to Plaintiff:

**A. Persons with Relevant Knowledge.**

1. Agents, employees, representatives, and/or keepers of record for Greektown Casino, LLC, who have relevant information regarding the relationship, transactions, payment history, invoices, purchase orders, and accounts between Renaissance Man Food Services, LLC and Greektown Casino, LLC that are at issue in this litigation.

2. Agents, employees, representatives, and/or keepers of record for Renaissance Man Food Services, LLC, who have relevant information regarding the relationship, transactions, payment history, invoices, purchase orders, and

accounts between Renaissance Man Food Services, LLC and Greektown Casino, LLC that are at issue in this litigation.

3. Agents, employees, representatives, and/or keepers of record for suppliers and vendors of Renaissance Man Food Services, LLC, who have relevant information regarding the relationship, transactions, payment history, invoices, purchase orders, and accounts between Renaissance Man Food Services, LLC and Greektown Casino, LLC that are at issue in this litigation.

4. Any individual named or identified in any exhibits or other documents.

5. Any individual named by any other party to these proceedings.

**B.  Categories of Documents.**

1. Invoices, purchase orders, shippers, receipts, deliveries or the like, relative to Greektown Casino, LLC's account with Renaissance Man Food Services, LLC that is at issue in this litigation.  (Due to the volume of documents in this category, the documents are not attached to these disclosures.  The documents will be made available to Plaintiff's counsel or agent at Defendant's counsel's office.)

2. Written correspondence between employees, representatives, suppliers, vendors, or agents of Greektown Casino, LLC and Renaissance Man Food Services, LLC.  (Due to the volume of documents in this category, the documents are not attached to these disclosures.  The documents will be made available to Plaintiff's counsel or agent at Defendant's counsel's office.)

3. Pertinent records of any banks or financial institutions that may pertain to payments made or received on the account at issue.  (Due to the volume of documents in this category, the documents are not attached to these

**WRIGHT PENNING & BEAMER**
27555 Executive Drive, Suite 165, Farmington Hills, MI 48331
PHONE: (248) 477-6300; FAX: (248) 477-7749

disclosures. The documents will be made available to Plaintiff's counsel or agent at Defendant's counsel's office.)

4. Any documents attached to or identified in any pleadings or other documents.

5. Any documents identified by any other party to these proceedings.

**C. Damages.**

Defendant is not seeking damages, other than any costs or attorney fees that may be warranted upon final disposition of the case. Defendant reserves its right to assert claims and/or damages against Plaintiff or any third party that may arise during the course of discovery.

**D. Insurance Agreements.**

There are no relevant insurance agreements known to Defendant.

**E. Reservation of Rights.**

Renaissance Man Food Services, LLC reserves its right to name additional lay witnesses or expert witnesses, identify additional documentation, pursue damages and claims, and amend these disclosures as Renaissance Man Food Services, LLC deems necessary during the course of discovery.

Dated: February 4, 2011　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　WRIGHT PENNING & BEAMER, P.C.

　　　　　　　　　　　　　　　　　　By: /s/ Julie H. Pfitzenmaier
　　　　　　　　　　　　　　　　　　Julie H. Pfitzenmaier P68592
　　　　　　　　　　　　　　　　　　Attorney for Renaissance Man
　　　　　　　　　　　　　　　　　　Food Services, LLC
　　　　　　　　　　　　　　　　　　27555 Executive Drive, Ste. 165
　　　　　　　　　　　　　　　　　　Farmington Hills, MI 48331
　　　　　　　　　　　　　　　　　　(248) 477-6300
　　　　　　　　　　　　　　　　　　Email: jpfitzenmaier@wrightpenning.com