UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>GREEKTOWN HOLDINGS, LLC, *et al.*,[1]<br><br>    Debtors.<br><br>———————————————————<br><br>BUCHWALD CAPITAL ADVISORS LLC,<br>solely in its capacity as Litigation Trustee<br>for the Greektown Litigation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>RENAISSANCE MAN FOOD<br>SERVICES, LLC<br><br>    Defendant. | Case No. 08-53104<br>Chapter 11<br>Jointly Administered<br><br>Honorable Walter Shapero<br><br><br><br>Adv. Pro. No. 10-05630 |

## STIPULATION TO DISMISS ADVERSARY PROCEEDING

Buchwald Capital Advisors LLC, solely in its capacity as Litigation Trustee for the Greektown Litigation Trust, and Renaissance Man Food Services, LLC hereby stipulate to dismiss this adversary proceeding pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice and without costs to either party.

---

[1] The Debtors in these jointly administered cases include Greektown Holdings, L.L.C. ("Holdings"); Greektown Casino, L.L.C. ("Greektown Casino"); Greektown Holdings II, Inc. ("Holdings II"); Contract Builders Corporation ("Builders"); Realty Equity Company Inc. ("Realty")' and Trappers GC Partner, LLC ("Trappers").

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| CLARK HILL PLC | WRIGHT PENNING & BEAMER |
| By: /s/ Shannon L. Deeby<br>Joel D. Applebaum (P36774)<br>Linda M Watson (P45320)<br>Shannon L. Deeby (p60242)<br>151 S. Old Woodward Avenue, Suite 200<br>Birmingham, MI 48009<br>(248) 642-9692<br>japplebaum@clarkhill.com<br>sdeeby@clarkhill.com | By: /s/ Julie H. Pfitzenmaier (w/consent)<br>Julie H. Pfitzenmaier (P68592)<br>27555 Executive Drive, Suite 165<br>Farmington Hills, MI 48331<br>(248) 477-7749<br>jpfitzenmaier@wrightpenning.com |
| Attorneys for Plaintiff, Buchwald Capital Advisors LLC, solely in its capacity as Litigation Trustee of the Greektown Litigation Trust | Attorneys for Defendant, Renaissance Man Food Services, LLC |